UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON RISINGER,

              Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY; and OHIO SECURITY INSURANCE COMPANY,

              Defendants.

C23-0435 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 30, which indicates that the related matter in King County Superior Court (Case No. 21-2-09482-8) has resolved, the Court hereby LIFTS the stay imposed by Minute Order entered June 1, 2023, docket no. 28, and returns this case to the active docket. The Court will issue a separate scheduling order.

(2) The parties are DIRECTED to provide, within seven (7) days of the date of this Minute Order, a Joint Status Report providing details about the resolution of the King County Superior Court case and its preclusive effects, if any. See *Smith v. State Farm Mut. Auto. Ins. Co.*, No. C12-1505, 2013 WL 1499265 (W.D. Wash. Apr. 11, 2013) (reasoning that Washington's res judicata doctrine, which prohibits "claim splitting," barred a bad faith action based on the same failure to pay uninsured/underinsured motorist benefits that was the subject of a previous breach of contract suit).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of July, 2023.

                                                        Ravi Subramanian
                                                        Clerk

                                                        s/Laurie Cuaresma
                                                       Deputy Clerk

MINUTE ORDER - 1