UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON RISINGER,

    Plaintiff,

 v.

LIBERTY MUTUAL INSURANCE COMPANY; and OHIO SECURITY INSURANCE COMPANY,

    Defendants.

C23-0435 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for a continuance, docket no. 36, is GRANTED as follows:

| **JURY TRIAL DATE (5-7 days)** | **November 18, 2024** |
|---|---|
| Discovery motions filing deadline | May 9, 2024 |
| Discovery completion deadline | June 28, 2024 |
| Dispositive motions filing deadline | July 25, 2024 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | August 1, 2024 |
| Motions in limine filing deadline | October 17, 2024 |
| Agreed pretrial order due | November 1, 2024 |
| Trial briefs, proposed voir dire questions, and jury instructions due | November 1, 2024 |
| Pretrial conference | November 8, 2024 at 10:00 a.m. |

MINUTE ORDER - 1

The deadlines for joining additional parties, amending pleadings, and disclosing expert witnesses have expired. The provisions of the Minute Order Setting Trial and Related Dates, docket no. 32, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(2) This case is hereby DESIGNATED for mediation pursuant to Local Civil Rule 39.1(c). The parties are DIRECTED to conduct mediation in accordance with LCR 39.1(c) and to file a joint certification of compliance on or before August 16, 2024.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of January, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2