UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON RISINGER,

                Plaintiff,

   v.

LIBERTY MUTUAL INSURANCE COMPANY; and OHIO SECURITY INSURANCE COMPANY,

                Defendants.

C23-0435 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for a protective order, docket no. 39, is GRANTED in part and DENIED in part. The parties' proposed protective order departs from the District's Model Stipulated Protective Order without explanation or submission of the requisite redlined version. *See* Local Civil Rule 26(c)(2). The Court will separately enter a protective order that more closely tracks the District's model order.

(2) With regard to the filing of materials designated as "confidential," the following process shall apply. Counsel shall meet and confer before filing documents under seal. To the extent possible, counsel shall submit, along with any document filed under seal, a stipulation and proposed order reciting the reasons for sealing the document. *See* Local Civil Rule 5(g); *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003). If counsel cannot reach agreement, then a motion to seal must be filed contemporaneously with the sealed document. If the party wishing to submit the material is not the party designating the material as confidential, the party wishing to submit the material shall provide at least seven (7) days' notice to the other party(ies), so that a motion to seal, if necessary, may be prepared and filed by the party designating the material as confidential at the same time as the material is submitted under seal to the Court.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of February, 2024.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk

MINUTE ORDER - 2